**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**JONATHAN GUINES**                                              **PLAINTIFF**

**V.**                                              **NO. 4:19-CV-080-DAS**

**MISSISSIPPI DEPARTMENT
OF CORRECTIONS, ET AL**                                              **DEFENDANTS**

<u>**PROCESS AND SCHEDULING ORDER**</u>

The court conducted a hearing as outlined in *Spears v. McCotter*, 766 F.2d 179

(5th Cir.1985), and it finds that this case should go forward as to (name applicable

defendants).  The court has established the following deadlines:

1.  Counsel for the Mississippi Department of Corrections ("MDOC") has agreed

to accept service of process on behalf of defendants Dr. Gloria Perry and Correctional

Officer Honeycutt.  A responsive pleading is due on behalf of these defendants by **May**

**29, 2020**.  Should counsel accepting service demonstrate that he cannot represent any

of these defendants, he must notify the court immediately of the defendant's last known

address so the court may effect process upon that defendant under 28 U.S.C. §

1915(d).

2.  If counsel would like to receive a digital copy or a transcript of the *Spears*

hearing, which by its nature constitutes part of the plaintiff's complaint, counsel may

contact the Clerk's Office to make such arrangements.

3.  No formal discovery, such as interrogatories, request for production, or

requests for admission will be permitted without leave of the court.  By **July 10, 2020**,

the defendants must provide the plaintiff with his disciplinary records, administrative

records, photographs/videos, medical records, and any other records related to this incident. Under Fed. R. Evid. 502(d), and particularly under the peculiar circumstances of this litigation, the court holds that no privilege or protection associated with the plaintiff's records - other than the waiver provided by the provisions of Miss. R. Evid. 503(f) - is waived by disclosure connected with this litigation, and disclosure in this litigation also does not waive privilege or protection in any other federal or state proceeding.

4. The deadline for amending pleadings or joining defendants is **June 12, 2020.**

5. The parties must file their witness and exhibit lists by **August 14, 2020**. A witness list must include the name, address, MDOC number (if applicable), of every witness, *including the plaintiff or any party who plans to testify on his own behalf*, and a **very brief** summary of the anticipated testimony of the witness. Witness lists must be accompanied by a certification that the witness has agreed to testify and that the party has discussed the testimony with the witness. **Each party must list witnesses in order of importance to his case**, from most important to least important. Due to the expense of transporting and maintaining incarcerated witnesses, the court may not issue writs for incarcerated witnesses whose testimony is irrelevant or merely cumulative. If the court does not receive a witness list in a timely fashion, the party failing to provide the witness list will not be allowed to call witnesses to testify at the trial of this matter. The court does not have the authority to issue subpoenas for witnesses who are not incarcerated on behalf of an *in forma pauperis* plaintiff. The plaintiff **must** submit a witness and exhibit list in a timely manner; failure to do so will result in dismissal of the case.

6.  All motions must be filed by **November 13, 2020**.

7.  A jury trial is set for **March 1, 2021** at **9:40 a.m.** in **Oxford Courtroom 1**, before **U. S. Magistrate Judge David A. Sanders**.

8.  In the event any damages or other moneys become payable to or for the benefit of the plaintiff as a result of this litigation, whether by way of satisfaction of a judgment, compromise settlement, or otherwise, the plaintiff remains liable to the United States for the reimbursement of all court costs, fees and expenses which he has caused to be incurred in the course of this litigation, and the United States will have a lien against any damages or other moneys until the United States has been fully reimbursed for those court costs, fees and expenses by payment of them into the court.

9.  The plaintiff must acknowledge receipt of this order by signing the enclosed acknowledgment form and returning it to the court within fourteen (14) days of this date.

10.  The plaintiff's failure to keep the court informed of his current address or to comply with the requirements of this order may lead to dismissal of his lawsuit under Fed. R.

Civ. P. 41(b), for failure to prosecute and failure to comply with an order of the court.

**SO ORDERED**, this, the 7th day of May, 2020.

/s/  David A. Sanders_____
UNITED STATES MAGISTRATE JUDGE