IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**JONATHAN GUINES** **PLAINTIFF**

**v.** **No. 4:19CV80-DAS**

**MISS. DEPT. OF CORRECTIONS**
**DR. GLORIA PERRY**
**CORRECTIONAL OFFICER HONEYCUTT** **DEFENDANTS**

**ORDER DENYING PLAINTIFF'S**
**MOTIONS [23], [25], [31] FOR DISCOVERY**

The plaintiff has filed a motion to conduct discovery in the present case proceeding under 42 U.S.C. § 1983 challenging the conditions of his confinement. The plaintiff is currently incarcerated at the East Mississippi Correctional Facility in Meridian, Mississippi. Discovery in *pro se* prisoner conditions of confinement cases is limited to that set forth in the court's scheduling order. The plaintiff has not provided sufficient justification for discovery beyond the limits set forth in that order. As such, he is not entitled to conduct discovery at this time, and the motion is **DENIED**.

**SO ORDERED**, this, the 23rd day of March, 2021.

/s/ David A. Sanders
DAVID A. SANDERS
UNITED STATES MAGISTRATE JUDGE