IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JONATHAN GUINES                                                                               PLAINTIFF

v.                                                                                          No. 4:19CV80-DAS

MISS. DEPT. OF CORRECTIONS
DR. GLORIA PERRY
CORRECTIONAL OFFICER HONEYCUTT                                                DEFENDANTS


### ORDER *GRANTING* DEFENDANTS' MOTIONS [37], [40] TO EXTEND THE DISPOSITIVE MOTION DEADLINE; *RESETTING* EVIDENTIARY HEARING

This matter comes before the court on the motions [37], [40] by the defendants to extend the deadline to file a dispositive motion. After considering the motion, the court finds that it is well taken and is **GRANTED**. The new deadline for filing dispositive motions is 60 days from the date of this order. In light of this ruling, the evidentiary hearing currently scheduled for August 17, 2021, is **RESET** for **November 16, 2021** at 10:00 AM in Oxford Courtroom 2 before Magistrate Judge David A. Sanders.

**SO ORDERED**, this, the 25th day of June, 2021.

/s/ David A. Sanders
DAVID A. SANDERS
UNITED STATES MAGISTRATE JUDGE