IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**JONATHAN GUINES**                                                                 **PLAINTIFF**

**v.**                                                                **No. 4:19CV80-DAS**

**MISS. DEPT. OF CORRECTIONS**
**DR. GLORIA PERRY**
**CORRECTIONAL OFFICER HONEYCUTT**                        **DEFENDANTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered this day:

(1) The plaintiff's claims regarding denial of adequate medical care are **DISMISSED** with prejudice because: (a) the defendants are cloaked with qualified immunity, and (b) the allegations fail to state a valid constitutional claim;

(2) In addition, the plaintiff's claims against defendant Honeycutt regarding failure to protect are **DISMISSED** without prejudice for failure to exhaust administrative remedies;

(3) The instant case is **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted, counting as a **"STRIKE"** under 28 U.S.C. § 1915(g); and

(4) This case is **CLOSED**.

**SO ORDERED**, this, the 2nd day of November, 2021.

                                                                       /s/ David A. Sanders
                                                                       DAVID A. SANDERS
                                                                       UNITED STATES MAGISTRATE JUDGE